

1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California 92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  FIRST FINANCIAL ASSET
   MANAGEMENT, INC.
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI MIMS, | Case No. C 13 1291 |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B)** |
| v. | **(FEDERAL QUESTION)** |
| FIRST FINANCIAL ASSET MANAGEMENT, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant FIRST FINANCIAL ASSET MANAGEMENT, INC. ("FFAM"), hereby removes to this Honorable Court the state court action described below.

1. On or about February 22, 2013, Plaintiff CHERI MIMS ("Plaintiff") commenced an action in the Superior Court of the State of California, County of San Francisco-Civic Center Courthouse-Limited Jurisdiction, entitled *Cheri Mims vs. First Financial Asset Management, Inc.*, and assigned Case No.: CGC-13-528938. Copies of the summons, complaint, civil case cover sheet and concurrently served notice of case management conference are attached as Exhibit "A".

///

///

- 1 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B)
(FEDERAL QUESTION)

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by FFAM pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question as MIMS alleges violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

3. Plaintiff caused a copy of the summons and complaint to be served on FFAM via personal delivery on or about March 15, 2013. This removal is therefore timely.

4. FFAM is the only named defendant in the above-captioned matter.

5. FFAM is not aware of any other named defendants in this action.

6. On March 21, 2013, FFAM filed its Notice of Removal in the San Francisco Superior Court, Civic Center Courthouse. A copy of that Notice of Removal without exhibits, is attached as Exhibit "B". FFAM is not aware of any other filings in this matter.

7. As required by 28 U.S.C. § 1446(d), FFAM will give notice of the filing of this notice to Plaintiff's counsel, Todd M. Friedman, Law Office of Todd M. Friedman, P.C., 369 S. Doheny Drive, #415, Beverly Hills, CA 90211, and to the clerk of the Superior Court of the State of California, County of San Francisco-Civic Center Courthouse, Limited Jurisdiction, where the action is currently pending.

WHEREFORE, FFAM respectfully requests that the above entitled matter currently pending in the Superior Court of California, County of San Francisco-Civic Center Courthouse, Limited Jurisdiction, be removed to this Honorable Court.

Klinedinst PC

DATED: March 21, 2013          By: /s/Christopher D. Holt
                                   Christopher D. Holt
                                   Attorneys for Defendant
                                   FIRST FINANCIAL ASSET
                                   MANAGEMENT, INC.

15327982v1

# EXHIBIT "A"

SUM-100

## SUMMONS
*(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FIRST FINANCIAL ASSET MANAGEMENT, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CHERI MIMS

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of San Francisco

400 McAllister St.
San Francisco, CA 94102

**CASE NUMBER:** *(Número del Caso):*
CGC-13-528938

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., #415, Beverly Hills, CA 90211; 877-206-4741

DATE: FEB 2 2 2013       CLERK OF THE COURT Clerk, by _____, Deputy
*(Fecha)*                 *(Secretario)*                              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: **FIRST FINANCIAL ASSET MANAGEMENT, INC.**

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com


Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278512)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorney for Plaintiff
ENDORSED
FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT

13 FEB 22 AM 1: 11

ELIAS DUTT

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN FRANCISCO
LIMITED JURISDICTION

Case No. CGC-13-528938

CHERI MIMS,

Plaintiff,

vs.

FIRST FINANCIAL ASSET MANAGEMENT, INC.,

Defendant.

COMPLAINT FOR VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

(Amount not to exceed $10,000)

1. Violation of Rosenthal Fair Debt Collection Practices Act
2. Violation of Fair Debt Collection Practices Act

I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2.  Plaintiff, Cheri Mims ("Plaintiff"), is a natural person residing in San Francisco county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3.  At all relevant times herein, Defendant, First Financial Asset Management, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4.  At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

5.  In connection with the collection of the allege debt, Defendant placed collection calls to Plaintiff's phone number ending in 1657 on a daily basis.

6.  Defendant routinely placed collection calls to Plaintiff's telephone number ending in 1657 on multiple occasions in the same day.

7.  On or about August 16, 2011, Defendant called Plaintiff's telephone number ending in 1657 and left a voicemail message which did not inform Plaintiff that Defendant was a debt collection agency.

8. Defendant's August 16, 2011 voicemail message further failed to provide Plaintiff with Defendant's full and complete business name as the message only stated that Defendant was "First Financial."

9. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Failing to notify Plaintiff during each collection contact that the communication was from a debt collector (§1692e(11));

   b) Failing to disclose Defendant's true corporate or business name in a telephone call to Plaintiff (§1692d(6));

   c) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

   d) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e)); and

   e) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§1692d(5)).

10. As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

### COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates by reference all of the preceding paragraphs.

12. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

- A. Actual damages;
- B. Statutory damages for willful and negligent violations;
- C. Costs and reasonable attorney's fees; and
- D. For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates by reference all of the preceding paragraphs.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

- A. Actual damages;
- B. Statutory damages;
- C. Costs and reasonable attorney's fees; and,
- D. For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this February 11, 2013.

By: _____
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Complaint - 4

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman, Esq. SBN 216752<br>Law Offices of Todd M. Friedman<br>369 S. Doheny Dr. #415<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 877-206-4741   FAX NO.: 866-633-0228<br>ATTORNEY FOR (Name): Plaintiff, Cheri Mims | SAN FRANCISCO COUNTY<br>SUPERIOR COURT<br><br>13 FEB 22 AM 1: 11<br><br>ELIAS BUTT |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME:
Cheri Mims v. First Financial Asset Management, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited   ✓ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CGC-13-528938<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ✓ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ✓ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ✓ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): 2
5. This case ☐ is ✓ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: February 12, 2013
Todd M. Friedman
(TYPE OR PRINT NAME)   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CASE NUMBER: CGC-13-528938 CHERI MIMS VS. FIRST FINANCIAL ASSET MANAGEMEN'

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

DATE: JUN-26-2013

TIME: 10:30AM

PLACE: Department 610
400 McAllister Street
San Francisco, CA 94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.
>
> However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 610 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

> IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.
> (SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA 94102
(415) 551-3876

See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.



# Superior Court of California
## County of San Francisco

### Request for Refund

Name of Claimant (please print) _____

Address of Claimant _____

Amount requested to refund _____

Date(s) of Transaction _____

Transaction/Fee Tag Number(s) _____

Case Number/Title _____

Reason for request of refund:   (This is required for consideration of merit, attach a separate sheet if additional space is needed.)




The amount claimed is justly due and this claim has been presented and filed with the department originally receiving said money within the time prescribed by law.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON _____ AT _____, CALIFORNIA.


_____
SIGNATURE OF CLAIMANT

---

**DEPARTMENTAL USE ONLY**

Refund request approved/denied on the basis of: _____

_____

Amount to be refunded: _____

| Date | Division Manager Authorization |
|------|-------------------------------|

(DL) 415-551-5968          400 McAllister Street, Room 103          FAX 415-551-3801
                           San Francisco, CA 94102-4514
                           Attention: Accounting

# EXHIBIT "B"

| | |
|---|---|
| 1 | Christopher D. Holt, Bar No. 228399 |
| | KLINEDINST PC |
| 2 | 5 Hutton Centre Drive, Suite 1000 |
| | Santa Ana, California 92707 |
| 3 | (714) 542-1800/FAX (714) 542-3592 |
| | cholt@klinedinstlaw.com |
| 4 | |
| | Attorneys for Defendant |
| 5 | FIRST FINANCIAL ASSET |
| | MANAGEMENT, INC. |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO - CIVIC CENTER COURTHOUSE

| | |
|---|---|
| CHERI MIMS, | Case No.   CGC-13-528938 |
| | [LIMITED JURISDICTION] |
| Plaintiff, | |
| | **NOTICE OF REMOVAL** |
| v. | |
| | Dept:   610 (Case Management Conference) |
| FIRST FINANCIAL ASSET | Complaint Filed: February 22, 2013 |
| MANAGEMENT, INC., | Trial Date:   None set |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES OF RECORD:

Pursuant to 28 U.S.C. §1446(d), Defendant FIRST FINANCIAL ASSET MANAGEMENT, INC. hereby gives notice of the removal of the above-captioned matter from this Court to the United States District Court for the Northern District of California. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit "1."

Klinedinst PC

DATED: March 21, 2013           By: _____
Christopher D. Holt
Attorneys for Defendant
FIRST FINANCIAL ASSET
MANAGEMENT, INC.

15327985v1

---
1
NOTICE OF REMOVAL

1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  5 Hutton Centre Drive, Suite 1000
   Santa Ana, California 92707
3  (714) 542-1800/FAX (714) 542-3592
4  cholt@klinedinstlaw.com

5  Attorneys for Defendant
   FIRST FINANCIAL ASSET
6  MANAGEMENT, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO - CIVIC CENTER COURTHOUSE

| | |
|---|---|
| CHERI MIMS,<br><br>     Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL ASSET<br>MANAGEMENT, INC.,<br><br>     Defendant. | Case No.   CGC-13-528938<br>[LIMITED JURISDICTION]<br><br>**PROOF OF SERVICE**<br><br>Dept:              610 (Case Management Conference)<br>Complaint Filed: February 22, 2013<br>Trial Date:        None set |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, and my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California.

On March 21, 2013, I caused to be served the following documents:

### NOTICE OF REMOVAL

☐ **VIA FACSIMILE TRANSMISSION:** (Code Civ. Proc. §§ 1013(e) and (f)): From fax number (714) 542-3592 to the fax numbers listed below and/or on the attached service list. The facsimile machine I used complied with Rule 2008 and no error was reported by the machine.

☐ **VIA ELECTRONIC TRANSMISSION:** Complying with an agreement with all parties, I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic service address is

1

**PROOF OF SERVICE**

cgagne@klinedinstlaw.com. A copy of the sent email will be maintained with the original document(s) in our office. (Code Civ. Proc. § 1010.6 and Cal. Rules of Court, Rule 2.251)

☒ **VIA MAIL:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

  ☒ **BY FIRST-CLASS MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

  ☐ **BY OVERNIGHT DELIVERY (Code Civ. Proc. §§ 1013(c) and (d))**

  ☐ **BY CERTIFIED RETURN RECEIPT MAIL (Code of Civ. Proc. §§ 1013 and 1013(a))**

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 21, 2013, at Santa Ana, California.

_____
Carrie L. Gagne

Service List
Mims v. First Financial Asset Management
672-5008

| Todd M. Friedman, Esq.<br>Nicholas J. Bontrager, Esq.<br>Suren N. Weerasuriya, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>369 S. Doheny Drive., #415<br>Beverly Hills, CA 90211 | T: (877) 206-4741<br>F: (866) 633-0228<br>Email:<br>tfriedman@attorneysforconsumers.com<br>nbontrager@attorneysforconsumers.com<br>sweerasuriya@attorneysforconsmers.com |
|---|---|

15328559v1

3

**PROOF OF SERVICE**

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
FIRST FINANCIAL ASSET MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI MIMS, | Case No. |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| FIRST FINANCIAL ASSET MANAGEMENT, INC., | |
| Defendant. | |

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, California, and my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California 92707.

On **March 21, 2013**, I caused to be served the following documents:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B (FEDERAL QUESTION)**

☒ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Santa Ana, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

1  ☐  **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

2

3  ☐  **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

4

5

6  ☐  **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document(s) in our office.

7

8

9  ☐  **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

10

11  ☐ By personally delivering the copies;

12  ☐ By leaving the copies at the attorney's office;

13  ☐ With a receptionist, or with a person having charge thereof; or

14  ☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

15

16  ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

17  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

18

**SEE ATTACHED SERVICE LIST**

19

20  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

21

22

23  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24

Executed on March 21, 2013, at Santa Ana, California.

25

26

27  *Carrie L. Gagne*
    Carrie L. Gagne

28

| | |
|---|---|
| Service List<br>Mims v. First Financial Mgnt.<br>672-5008 | |
| Todd M. Friedman, Esq.<br>Nicholas J. Bontrager, Esq.<br>Suren N. Weerasuriya, Esq.<br>LAW OFFICES OF TODD M. FRIEDMAN, P.C.<br>369 S. Doheny Drive., #415<br>Beverly Hills, CA 90211 | T: (877) 206-4741<br>F: (866) 633-0228<br>Email:<br>tfriedman@attorneysforconsumers.com<br>nbontrager@attorneysforconsumers.com<br>sweerasuriya@attorneysforconsmers.com |

15327469v1

CERTIFICATE OF SERVICE