# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERI MIMS,** | ) Case No. 3:13-CV-01291-MEJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **FIRST FINANCIAL ASSET MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the Initial Case Management Conference on June 27, 2013, is hereby granted.

Dated this <u>20th</u> day of June, 2013

_____
The Honorable Maria Elena-James