# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CHERI MIMS,**  )  Case No. 4:13-1291-CW
)
Plaintiff,  )
)  **ORDER**
vs.  )
)
**FIRST FINANCIAL ASSET**  )
**MANAGEMENT, INC,**  )
)
Defendant.  )
_____  )  _____

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 25th day of July, 2013.



THE HONORABLE CLAUDIA WILKEN

Order to Dismiss - 1